Our File No. 400286

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LENDORA BOSWELL<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC.<br><br>Defendant. | Civil Action No. |

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1**

Defendant, Hobby Lobby Stores, Inc. is a privately held family corporation and no publicly held corporation holds 10% or more of its stock. Mardel, Inc. is an affiliate of Hobby Lobby Stores, Inc.

Dated: December 16, 2020

          SALMON RICCHEZZA SINGER & TURCHI, LLP

          */s/ Ian T. Kingsley*
          By: Ian T. Kingsley, Esq.
          Salmon, Ricchezza, Singer & Turchi, LLP
          Attorneys for defendant,
          Hobby Lobby Stores, Inc.
          110 East 59th Street
          22ND Floor
          New York, NY 10022
          (646) 432-5508

{J0632526.DOCX}